IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01049-NYW-KAS

TAPESTRY, INC., a Maryland Corporation,
COACH SERVICES, INC., a Maryland Corporation, and
COACH IP HOLDINGS LLC, a Delaware Limited Liability Company,

    Plaintiffs,

v.

HANNSTAR TRADING CO., LTD., a Colorado Corporation,
LESLIE TRADING, INC., a Colorado Corporation, and
DIN METEL, INC., a Colorado Corporation,

    Defendants.

---

## DEFAULT JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b)(2), the following Default Judgment is hereby entered.

    Pursuant to the Order of United States District Judge Nina Y. Wang entered on December 12, 2023 [Doc. 35], it is

    ORDERED that Plaintiffs' Motion for Default Judgment Against Defendant Leslie Trading, Inc. [Doc. 24] is GRANTED in part and DENIED in part.  It is

    FURTHER ORDERED that default judgment is hereby entered in favor of Plaintiffs Tapestry, Inc., Coach Services, Inc., and Coach IP Holdings LLC and against Defendant Leslie Trading, Inc. in the amount of $200,000.00.  It is

    FURTHER ORDERED that Defendant Leslie Trading, Inc., its officers, agents, servants, employees, and any persons in active concert or participation with them are PERMANENTLY

RESTRAINED AND ENJOINED from using the Coach Trademarks and from unfairly competing with Plaintiffs. It is

FURTHER ORDERED that costs are hereby TAXED against Defendant Leslie Trading, Inc. in the amount of $247.33. It is

FURTHER ORDERED that Plaintiffs' Motion for Default Judgment Against Defendant HannStar Trading Co., Ltd. [Doc. 27] is GRANTED in part and DENIED in part. It is

FURTHER ORDERED that default judgment is hereby entered in favor of Plaintiffs Tapestry, Inc., Coach Services, Inc., and Coach IP Holdings LLC and against Defendant HannStar Trading Co., Ltd. in the amount of $600,000.00. It is

FURTHER ORDERED that Defendant HannStar Trading Co., Ltd., its officers, agents, servants, employees, and any persons in active concert or participation with them are PERMANENTLY RESTRAINED AND ENJOINED from using the Coach Trademarks and from unfairly competing with Plaintiffs. It is

FURTHER ORDERED that costs are hereby TAXED against Defendant HannStar Trading Co., Ltd. in the amount of $472.33. It is

FURTHER ORDERED that Plaintiffs' Motion for Default Judgment Against Defendant Din Metel, Inc. [Doc. 30-1] is GRANTED in part and DENIED in part. It is

FURTHER ORDERED that default judgment is hereby entered in favor of Plaintiffs Tapestry, Inc., Coach Services, Inc., and Coach IP Holdings LLC and against Defendant Din Metel, Inc. in the amount of $800,000.00. It is

FURTHER ORDERED that Defendant Din Metel, Inc., its officers, agents, servants, employees, and any persons in active concert or participation with them are PERMANENTLY

RESTRAINED AND ENJOINED from using the Coach Trademarks and from unfairly competing with Plaintiffs. It is

FURTHER ORDERED that costs are hereby TAXED against Defendant Din Metel, Inc. in the amount of $247.33. It is

FURTHER ORDERED that post-judgment interest shall accrue at the current rate of 5.08%, as calculated pursuant to 28 U.S.C. § 1961, from the date of entry of judgment.

Dated at Denver, Colorado this 12th day of December, 2023.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk